IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE HUNT, Individually and
In Behalf of All Other Similarly
Situated Individuals                                              PLAINTIFF

vs.                    NO. 5:89-CV-406HW

STATE OF ARKANSAS, et al.                                        DEFENDANTS

## JOINT MOTION TO AMEND SUB-DISTRICT MAPS

Comes now the parties, and for their Joint Motion to Amend Sub-District Maps, states:

1. On September 24, 1992, an Amended Consent Decree was approved by the Court which established sub-districts within five Arkansas Judicial Districts. The boundaries for those sub-districts were drawn by using the 1990 census information.

2. The United States Census Bureau did not use the identical geographic boundaries in publishing the 2000 census report, and the Secretary of State has been unable to exactly replicate the earlier maps that were based upon the 1990 census report.

3. The boundary changes are minimal and largely based upon the census geography and the new maps being submitted for the Court's approval are more detailed than those produced in 1992 when the Amended Consent Decree was entered.

4. Changes in demographic population percentages in the sub-districts, based upon data provided by the State, are negligible and thus require no additional boundary modifications.

5. The boundary changes will clarify the sub-district lines for the public and allow the Secretary of State to place the maps on their website and thereby increase the



public's access to this information.

6. The decree provides that changes in the sub-districts may be made only by order of the Court. Amended Consent Decree, II, A.

7. The parties have consented to the submission of this joint motion to the Court based upon each parties present knowledge and respective analysis of data and information provided by the State.

8. The Court's approval of these maps, attached as exhibit "A," will further the original purpose of the Amended Consent Decree which sought to create opportunities for African Americans to elect Circuit judges in a manner consistent with Section 2 of the Voting Rights Act, as amended.

WHEREFORE, the parties request that their Joint Motion to Amend Sub-District Maps be approved, and for all other proper relief.

Respectfully submitted,

PLAINTIFFS EUGENE HUNT, et. al.

By: _____
Arkie Byrd #80020
MAYS, BYDS & ASSOCIATES, P.A.
415 Main Street
Little Rock, AR 72201-3801
(501) 372-6303

Elaine R. Jones
Todd A. Cox
Debo Adegbile
NAACP Legal Defense and Education Fund, Inc.
99 Hudson St., Suite 1600
New York, NY 10013
212-965-2200

Counsel for Plaintiffs

AND

By:  STATE OF ARKANSAS

*[signature: Wendy Kelley]*

ATTORNEY GENERAL MARK PRYOR
Wendy L. Kelley, #87144
Senior Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201-2610
(501) 682-1019

Counsel for Defendants

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*