FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 29 2002

JAMES W. McCORMACK, CLERK
By:_____
DEP CLER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE HUNT, Individually and
In Behalf of All Other Similarly
Situated Individuals                                                    PLAINTIFF

vs.                              NO. 5:89-CV-406 GH

STATE OF ARKANSAS, et al.                                            DEFENDANTS

## ORDER

This cause has come before the Court upon the Joint Motion to Amend Sub-district Maps. The Court being fully advised that

1. The United States Census Bureau did not use identical geographic boundaries in publishing the 2000 census report as it used for the 1990 census report and the Secretary of State has therefore been unable to exactly replicate the earlier maps that were based on the 1990 Census Report.

2. The boundary changes are minimal and largely based upon the census geography and the new maps being submitted for the Court's approval are more detailed than those produced in 1992 when the Amended Consent Decree was entered.

3. The boundary changes will clarify the sub-district lines for the public.

4. Under the 1992 Amended Consent Decree changes in the sub-districts may only be made by Order of this Court.

5. The changes in the demographic population percentages in the sub-districts attached as Exhibit "A" as compared to the sub-districts ordered under the Amended Consent Decree are negligible. The Court's approval of the attached maps will further the original purpose of the 1992 Amended Consent Decree which was designed to



create opportunities for African Americans to elect Circuit Court judges in a manner consistent with Section 2 of the Voting Rights Act, as amended.

The Court therefore

ORDERS, ADJUDGES AND DECREES that the Joint Motion be and is hereby GRANTED and the Court continues to retain jurisdiction of this matter pursuant to the Amended Consent Decree of September 24, 1992.

*George Howard Jr.*
UNITED STATES DISTRICT COURT JUDGE

*March 29, 2002*
DATE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP ON 4/1/02 BY Jones

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 1, 2002

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   5:89-cv-00406.

True and correct copies of the attached were mailed by the clerk to the following:      press, file

    Jacqueline A. Berrien, Esq.
    NAACP Legal Defense & Educational Fund, Inc.
    99 Hudson Street
    Suite 1600
    New York, NY   10013

    Elaine R. Jones, Esq.
    NAACP Legal Defense & Educational Fund, Inc.
    99 Hudson Street
    Suite 1600
    New York, NY   10013

    Perlesta A. Hollingsworth, Esq.
    Hollingsworth Law Firm, P.A.
    Main Place Building
    415 Main Street
    Little Rock, AR   72201-3801

    Roy C. Lewellen, Esq.
    Lewellen & Associates
    17 North Poplar Street
    Post Office Box 287
    Marianna, AR   72360-0287

    Arkie Byrd, Esq.
    Mays, Byrd & Associates, P.A.
    415 Main Street
    Little Rock, AR   72201-3801

    Lisa A. Kelly, Esq.
    Attorney at Law
    305 Mulberry Street
    Morgantown, WV   26505

    Philip E. Kaplan, Esq.

Kaplan, Brewer & Maxey, P.A.
Metro Centre Mall
415 Main Street
Little Rock, AR  72201-3801

Jeffrey A. Bell, Esq.
University of Arkansas
Office of General Counsel
2404 North University Avenue
Little Rock, AR  72207-3608

James W. McCormack, Clerk

Date: 4/1/02

BY: Lorna Jones