# United States District Court
# Eastern District of Arkansas
# Pine Bluff Division

Eugene Hunt, et al.,

*Plaintiffs*,

v.

State of Arkansas, et al.,

*Defendants*.

Civil Action No. 5:89-cv-406

# Exhibit 1

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/5/2024 | 4 year | 2028 | **U.S. President** | Donald J. Trump | Republican |
| 11/5/2024 | 4 year | 2028 | **U.S. Vice President** | J.D. Vance | Republican |
| 11/8/2022 | 6 year | 2028 | **U.S. Senate** | John Boozman | Republican |
| 11/3/2020 | 6 year | 2026 | **U.S. Senate** | Tom Cotton | Republican |
| 11/5/2024 | 2 year | 2026 | **U.S. Congress District 1** | Rick Crawford | Republican |
| 11/5/2024 | 2 year | 2026 | **U.S. Congress District 2** | French Hill | Republican |
| 11/5/2024 | 2 year | 2026 | **U.S. Congress District 4** | Bruce Westerman | Republican |
| 11/8/2022 | 4 year | 2026 | **Governor** | Sarah Huckabee Sanders | Republican |
| 11/8/2022 | 4 year | 2026 | **Lt. Governor** | Leslie Rutledge | Republican |
| 11/8/2022 | 4 year | 2026 | **Attorney General** | Tim Griffin | Republican |
| | 4 year | 2026 | **Secretary of State** | Cole Jester (appointed to complete term) | Republican |
| 11/5/2024 | 4 year | *2026* | **State Treasurer** | John Thurston (elected to complete term) | Republican |
| 11/8/2022 | 4 year | 2026 | **Auditor of State** | Dennis Milligan | Republican |
| 11/8/2022 | 4 year | 2026 | **Commissioner of State Lands** | Tommy Land | Republican |
| 11/5/2024 | 4 year | 2028 | **State Senate District 8** | Stephanie Flowers | Democratic |
| 11/8/2022 | 4 year | 2026 | **State Senate District 11** | Ricky Hill | Republican |
| 11/5/2024 | 4 year | 2028 | **State Senate District 12** | Jamie Scott | Democratic |
| 11/8/2022 | 4 year | 2026 | **State Senate District 13** | Jane English | Republican |
| 11/8/2022 | 4 year | 2026 | **State Senate District 14** | Clarke Tucker | Democratic |
| 11/8/2022 | 4 year | 2026 | **State Senate District 15** | Fred Love | Democratic |
| 11/8/2022 | 4 year | 2026 | **State Senate District 16** | Kim Hammer | Republican |
| 11/5/2024 | 4 year | 2028 | **State Senate District 17** | Mark Johnson | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 66** | Mark W. Perry | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 67** | Karilyn Brown | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 69** | David Ray | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 70** | Carlton Wing | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 71** | Brandon Achor | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 72** | Tracy Steele | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 73** | Andrew Collins | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 74** | Tippi McCullough | Democratic |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/5/2024 | 2 year | 2026 | **State Representative District 75** | Ashley Hudson | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 76** | Joy Springer | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 77** | Fred Allen | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 78** | Keith Brooks | Republican |
| 11/5/2024 | 2 year | 2026 | **State Representative District 79** | Tara Shephard | Democratic |
| 11/5/2024 | 2 year | 2026 | **State Representative District 80** | Denise Ennett | Democratic |
| 5/24/2022 | 4 year | 2026 | **Prosecuting Attorney District 6** | Will Jones | Nonpartisan |
| 11/5/2024 | 8 year | 2032 | **State Supreme Court Chief Justice, Pos. 1** | Karen Baker | Nonpartisan |
| 3/5/2024 | 8 year | 2032 | **State Supreme Court Assoc. Justice Pos. 2** | Courtney Rae Hudson | Nonpartisan |
| 11/6/2018 | 8 year | 2026 | **State Supreme Court Assoc. Justice Pos. 3** | Cody Hiland (appointed to complete term) | Nonpartisan |
| 3/3/2020 | 8 year | 2028 | **State Supreme Court Assoc. Justice Pos. 4** | Barbara Webb | Nonpartisan |
| 3/5/2024 | 8 year | 2032 | **State Supreme Court Assoc. Justice Pos. 5** | Shawn A. Womack | Nonpartisan |
| 5/24/2022 | 8 year | 2030 | **State Supreme Court Assoc. Justice Pos. 6** | Nicholas Bronni (appointed to complete term) | Nonpartisan |
| 5/24/2022 | 8 year | 2030 | **State Supreme Court Assoc. Justice Pos. 7** | Rhonda Wood | Nonpartisan |
| 11/5/2024 | 8 year | 2032 | **Arkansas Court of Appeals Justice Pos. 1** | Casey Tucker | Nonpartisan |
| 5/24/2022 | 8 year | 2030 | **Arkansas Court of Appeals Justice Pos. 2** | Wendy Wood | Nonpartisan |
| 5/24/2022 | 6 year | 2028 | **Circuit Judge Division 1 Subdistrict 6.1** | Leon Johnson | Nonpartisan |
| 11/3/2020 | 6 year | 2026 | **Circuit Judge Division 2 Subdistrict 6.2** | Lucas Rowan (appointed to complete term) | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 3 Subdistrict 6.2** | Cathleen Compton | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 4 Subdistrict 6.2** | Hugh Finkelstein (appointed to complete term) | Nonpartisan |
| 5/24/2022 | 6 year | 2028 | **Circuit Judge Division 5 Subdistrict 6.1** | LaTonya Austin Honorable | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 6 Subdistrict 6.2** | Timothy Fox | Nonpartisan |
| 3/5/2024 | 6 year | 2030 | **Circuit Judge Division 7 Subdistrict 6.2** | Melanie Martin | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 8 Subdistrict 6.1** | Tjuana Byrd | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 9 District 6** ***(at large)*** | Andy Gill | Nonpartisan |
| 11/3/2020 | 6 year | 2026 | **Circuit Judge Division 10 Subdistrict 6.1** | Shanice Johnson | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 11 Subdistrict 6.2** | Patricia James | Nonpartisan |
| 5/24/2022 | 6 year | 2028 | **Circuit Judge Division 12 Subdistrict 6.1** | Cara Conners | Nonpartisan |
| 3/3/2020 | 6 year | 2026 | **Circuit Judge Division 13 Subdistrict 6.2** | Mike Reif | Nonpartisan |
| 11/3/2020 | 6 year | 2026 | **Circuit Judge Division 14 Subdistrict 6.2** | Shawn Johnson | Nonpartisan |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/3/2020 | 6 year | 2026 | **Circuit Judge Division 15 Subdistrict 6.2** | Amy Dunn Johnson | Nonpartisan |
| 3/5/2024 | 6 year | 2030 | **Circuit Judge Division 16 Subdistrict 6.2** | Karen Whatley | Nonpartisan |
| 11/5/2024 | 6 year | 2030 | **Circuit Judge Division 17 Subdistrict 6.2** | Brent Eubanks | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Pulaski** | Morgan "Chip" Welch | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Jacksonville/Maumelle** | Rita F. Bailey | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Sherwood** | Milas "Butch" Hale III | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Little Rock 1** | Jill Kamps | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Little Rock 2** | Herbert Wright | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, Little Rock 3** | Mark D. Leverett | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, North Little Rock 1** | Paula Juels Jones | Nonpartisan |
| 3/5/2024 | 4 year | 2028 | **State District Judge District 31, North Little Rock 2** | Randy Morley | Nonpartisan |
| 11/8/2022 | 4 year | 2026 | **Pulaski County Judge** | Barry Hyde | Democratic |
| 11/8/2022 | 4 year | 2026 | **Pulaski County Sheriff** | Eric Higgins | Democratic |
| 11/8/2022 | 4 year | 2026 | **Pulaski Circuit/County Clerk** | Terri Hollingsworth | Democratic |
| 11/8/2022 | 4 year | 2026 | **Pulaski County Assessor** | Janet Troutman Ward | Democratic |
| 11/8/2022 | 4 year | 2026 | **Pulaski County Treasurer** | Debra Buckner | Democratic |
| 11/5/2024 | 2 year | 2026 | **Constable Big Rock Township** | Frank Gilbert | Libertarian |
| 11/5/2024 | 2 year | 2026 | **Constable Hill Township** | Robert Wells | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 1** | Rebekah L. Davis | Republican |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 2** | Natalie Capps | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 3** | Kathy Lewison | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 4** | Julie Blackwood | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 5** | Steven Person | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 6** | Donna Massey | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 7** | Dianne Curry | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 8** | Curtis A. Keith | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 9** | Tina Ward | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 10** | Patricia Young | Democratic |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 11** | Aaron Robinson | Republican |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 12** | J. Luke McCoy | Republican |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 13** | Phil Stowers | Republican |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 14** | Paul Elliott | Republican |
| 11/5/2024 | 2 year | 2026 | **Justice of the Peace District 15** | Staci Medlock | Democratic |
| 11/8/2022 | 4 year | 2026 | **Alexander Mayor** | Crystal Herrmann | Independent |
| 11/5/2024 | 4 year | 2024 | **Alexander Recorder** | Megan Chapman | Independent |
| 11/3/2020 | 4 year | 2024 | **Alexander Treasurer** | NO FILING IN 2024 | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 1 Pos. 1** | Wayne Smith | Independent |
| | 2 year | | **Alexander Council Member Ward 1 Pos. 2** | VACANT | |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 2 Pos. 1** | Joy Gray | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 2 Pos. 2** | Christopher Prowse | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 3 Pos. 1** | Daniel Bates | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 3 Pos. 2** | Amy Lyons | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 4 Pos. 1** | Angela Griffin | Independent |
| 11/5/2024 | 2 year | 2026 | **Alexander Council Member Ward 4 Pos. 2** | Juanita Wilson | Independent |
| 11/8/2022 | 4 year | 2026 | **Cammack Village Mayor** | Cody Kees | Independent |
| 11/5/2024 | 4 year | 2028 | **Cammack Village Treasurer** | Alex Stout | Independent |
| 11/5/2024 | 4 year | 2028 | **Cammack Village Recorder** | Ron Crane | Independent |
| 11/5/2024 | 2 year | 2026 | **Cammack Village Council Member Ward 1 Pos. 1** | Sawyer Dunigan | Independent |
| 11/5/2024 | 2 year | 2026 | **Cammack Village Council Member Ward 1 Pos. 2** | Matthew Fuller | Independent |
| 11/5/2024 | 2 year | 2026 | **Cammack Village Council Member Ward 2 Pos. 1** | Ryan O'Malley | Independent |
| 11/5/2024 | 2 year | 2026 | **Cammack Village Council Member Ward 2 Pos. 2** | Tim Fisk | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Mayor** | Jeff Elmore | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville City Attorney** | Stephanie Friedman | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville City Clerk/Treasurer** | Susan Davitt | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Council Member Ward 1 Pos. 1** | Mike Dietz | Independent |
| 12/3/2024 | 4 year | 2028 | **Jacksonville Council Member Ward 1 Pos. 2** | Tanner Ruple | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Council Member Ward 2 Pos. 1** | Kevin McCleary | Independent |
| 11/5/2024 | 4 year | 2028 | **Jacksonville Council Member Ward 2 Pos. 2** | Trenika McCoy | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Council Member Ward 3 Pos. 1** | Reedie Ray | Independent |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/5/2024 | 4 year | 2028 | **Jacksonville Council Member Ward 3 Pos. 2** | Michael LaBron | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Council Member Ward 4 Pos. 1** | Mike Traylor | Independent |
| 11/5/2024 | 4 year | 2028 | **Jacksonville Council Member Ward 4 Pos. 2** | Mary Twitty | Independent |
| 11/8/2022 | 4 year | 2026 | **Jacksonville Council Member Ward 5 Pos. 1** | Joy Kinman | Independent |
| 11/5/2024 | 4 year | 2028 | **Jacksonville Council Member Ward 5 Pos. 2** | Katrina Mimms | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock Mayor** | Frank Scott, Jr. | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 1** | Virgil L Miller, Jr | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 2** | Ken Richardson | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 3** | Kathy Webb | Independent |
| 11/5/2024 | 4 year | 2028 | **Little Rock City Director Ward 4** | Capi Peck | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 5** | Lance Hines | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 6** | Andrea Lewis | Independent |
| 11/8/2022 | 4 year | 2026 | **Little Rock City Director Ward 7** | B.J. (Brenda) Wyrick | Independent |
| 11/5/2024 | 4 year | 2028 | **Little Rock City Director Position 8** | Dean Kumpuris | Independent |
| 11/5/2024 | 4 year | 2028 | **Little Rock City Director Position 9** | Antwan Phillips | Independent |
| 11/5/2024 | 4 year | 2028 | **Little Rock City Director Position 10** | Joan K. Adcock | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle Mayor** | Caleb Norris | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle City Attorney** | Andrew Thornton | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle City Clerk** | Tina Timmons | Independent |
| 12/3/2024 | 4 year | 2028 | **Maumelle Council Member Ward 1 Pos. 1** | L J Wesley | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle Council Member Ward 1 Pos. 2** | Christine Gronwald | Independent |
| 11/5/2024 | 4 year | 2028 | **Maumelle Council Member Ward 2 Pos. 1** | Wes Booker | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle Council Member Ward 2 Pos. 2** | Chad Gardner | Independent |
| 11/5/2024 | 4 year | 2028 | **Maumelle Council Member Ward 3 Pos. 1** | Terry Williams | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle Council Member Ward 3 Pos. 2** | Michael Tierney | Independent |
| 11/5/2024 | 4 year | 2028 | **Maumelle Council Member Ward 4 Pos. 1** | Doug Shinn | Independent |
| 11/8/2022 | 4 year | 2026 | **Maumelle Council Member Ward 4 Pos. 2** | Jessie B. Holt | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock Mayor** | Terry C. Hartwick | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock City Attorney** | Amy Fields | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock City Clerk/Treasurer** | Diane Whitbey | Independent |

# Elected Officials List
# Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/5/2024 | 4 year | 2028 | **North Little Rock Council Member Ward 1, Position 1** | Nathan Hamilton | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock Council Member Ward 1, Position 2** | Debi Ross | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock Council Member Ward 2, Position 1** | Nicole Hart | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock Council Member Ward 2, Position 2** | Linda Robinson | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock Council Member Ward 3, Position 1** | Ron Harris | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock Council Member Ward 3, Position 2** | Steve Baxter | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock Council Member Ward 4, Position 1** | Scott Fowler | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock Council Member Ward 4, Position 2** | Vince Insalaco III | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood Mayor** | Mary Jo Heye-Townsell | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood City Attorney** | Steve Cobb | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood City Clerk** | Charlotte Watson | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood Council Member Ward 1 Pos. 1** | April Ford Broderick | Independent |
| 11/5/2024 | 4 year | 2028 | **Sherwood Council Member Ward 1 Pos. 2** | Kallie McCullough | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood Council Member Ward 2 Pos. 1** | Shelby Thomas | Independent |
| 11/5/2024 | 4 year | 2028 | **Sherwood Council Member Ward 2 Pos. 2** | Meredith Townsend | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood Council Member Ward 3 Pos. 1** | Beverly Williams | Independent |
| 11/5/2024 | 4 year | 2028 | **Sherwood Council Member Ward 3 Pos. 2** | Marina Brooks | Independent |
| 11/8/2022 | 4 year | 2026 | **Sherwood Council Member Ward 4 Pos. 1** | Kyle Wade | Independent |
| 11/5/2024 | 4 year | 2028 | **Sherwood Council Member Ward 4 Pos. 2** | Monica Treat | Independent |
| 11/8/2022 | 4 year | 2026 | **Wrightsville Mayor** | Derrick M. Rainey | Independent |
| 11/5/2024 | 4 year | 2028 | **Wrightsville Recorder** | Ashley Garman | Independent |
| 11/5/2024 | 4 year | 2028 | **Wrightsville Treasurer** | Mabeline Hansberry | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council Member Ward 1 Pos. 1** | Breauna D. Allen | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council Member Ward 1 Pos. 2** | Freddie McClinton | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council Member Ward 2 Pos. 1** | J'Tara Lockhart | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council MemberWard 2 Pos. 2** | Renita Wilbon | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council Member Ward 3 Pos. 1** | Michael Hansberry | Independent |
| 11/5/2024 | 2 year | 2026 | **Wrightsville Council Member Ward 3 Pos. 2** | Sherrie Phillips | Independent |
| 11/3/2020 | 5 year | 2025 | **Little Rock School Board Zone 1** | Michael D. Mason | Independent |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| 11/3/2020 | 5 year | 2025 | **Little Rock School Board Zone 2** | Osyrus Bolly (appointed to term expiring 11/30/2025) | Independent |
| 11/5/2024 | 5 year | 2029 | **Little Rock School Board Zone 3** | Evelyn Hemphill Callaway | Independent |
| 11/5/2024 | 5 year | 2029 | **Little Rock School Board Zone 4** | Tony Rose | Independent |
| 11/14/2023 | 5 year | 2028 | **Little Rock School Board Zone 5** | Anna Strong | Independent |
| 11/14/2023 | 5 year | 2028 | **Little Rock School Board Zone 6** | Vicki Hatter | Independent |
| 11/3/2020 | 5 year | 2025 | **Little Rock School Board Zone 7** | Norma J. Johnson | Independent |
| 11/8/2022 | 5 year | 2027 | **Little Rock School Board Zone 8** | Greg Adams | Independent |
| 11/8/2022 | 5 year | 2027 | **Little Rock School Board Zone 9** | Joyce Wesley | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock School Board Zone 1** | Dorothy "Dot" Williams | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock School Board Zone 2** | Henry Lamont Taylor | Independent |
| 11/2/2021 | 4 year | 2025 | **North Little Rock School Board Zone 3** | Rochelle D. Redus | Independent |
| 11/14/2023 | 4 year | 2027 | **North Little Rock School Board Zone 4** | Angela Person-West | Independent |
| 11/5/2024 | 4 year | 2028 | **North Little Rock School Board Zone 5** | Cindy Temple | Independent |
| 11/8/2022 | 4 year | 2026 | **North Little Rock School Board Zone 6** | Valerie McLean | Independent |
| 11/2/2021 | 4 year | 2025 | **North Little Rock School Board Zone 7** | Natalie Wankum | Independent |
| 11/5/2024 | 5 year | 2029 | **Pulaski County Special School District Board Zone 1** | Stephen Delaney | Independent |
| 11/3/2020 | 5 year | 2025 | **Pulaski County Special School District Board Zone 2** | Tina Renee Ward | Independent |
| 11/2/2021 | 5 year | 2026 | **Pulaski County Special School District Board Zone 3** | Heather B. Smith | Independent |
| 11/5/2024 | 5 year | 2029 | **Pulaski County Special School District Board Zone 4** | Karyn Maynard | Independent |
| 11/14/2023 | 5 year | 2028 | **Pulaski County Special School District Board Zone 5** | Wendy Potter | Independent |
| 11/3/2020 | 5 year | 2025 | **Pulaski County Special School District Board Zone 6** | Eli Keller | Independent |
| 11/2/2021 | 5 year | 2026 | **Pulaski County Special School District Board Zone 7** | Laurel Tait | Independent |
| 5/24/2022 | 4 year | 2026 | **Jacksonville North Pulaski School District- Position 1 (At Large)** | Daniel Gray | Independent |
| 5/9/2023 | 4 year | 2027 | **Jacksonville North Pulaski School District- Position 2 (At Large)** | Ronald W. McDaniel (hold over) | Independent |
| 5/18/2021 | 4 year | 2025 | **Jacksonville North Pulaski School District Zone 1** | Lauren Martin | Independent |
| 5/24/2022 | 4 year | 2026 | **Jacksonville North Pulaski School District Zone 2** | Ava Coleman | Independent |
| 5/18/2021 | 4 year | 2025 | **Jacksonville North Pulaski School District Zone 3** | Jim Moore | Independent |
| 5/18/2021 | 4 year | 2025 | **Jacksonville North Pulaski School District Zone 4** | Laura Walker | Independent |
| 5/24/2022 | 4 year | 2026 | **Jacksonville North Pulaski School District Zone 5** | Dena Toney | Independent |
| | | | **East End School District Board Member** | Heather Fulmer* | Independent |

# Elected Officials List
## Pulaski County, AR

| Date Elected | Term of Office | Term Ends | Name of Office | Office Holder | Party |
|---|---|---|---|---|---|
| | | | **East End School District Board Member** | Autumn Fulton* | Independent |
| | | | **East End School District Board Member** | Jessica Burgess* | Independent |
| | | | **East End School District Board Member** | Brandi Edwards* | Independent |
| | | | **East End School District Board Member** | Gloria Mabry* | Independent |

***info obtained from East End School District website***