**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| EUGENE HUNT, et al.,<br>*Plaintiffs*,<br>v.<br>STATE OF ARKANSAS, et al.,<br>*Defendants*. | Civil Action No. 5:89-cv-406 |

# EXHIBIT 2

U.S. Department of Commerce
Economics and Statistics Administration
BUREAU OF THE CENSUS

CENSUS '90

1990 CP-1-5

1990 Census of Population

# General Population Characteristics

# Arkansas



1990 CP-1-5

# 1990 Census of Population

## General Population Characteristics

# Arkansas

[redacted]

**U.S. Department of Commerce**
**Barbara Hackman Franklin,** Secretary
**Rockwell A. Schnabel**, Deputy Secretary

**Economics and Statistics Administration**
**Mark W. Plant,** Acting Under Secretary
for Economic Affairs and Administrator

**BUREAU OF THE CENSUS**
**Barbara Everitt Bryant**, Director

**Economics and Statistics Administration**
**Mark W. Plant,** Acting Under Secretary for Economic Affairs and Administrator

**BUREAU OF THE CENSUS**
**Barbara Everitt Bryant,** Director
**C.L. Kincannon,** Deputy Director

**Charles D. Jones,** Associate Director for Decennial Census
**William P. Butz,** Associate Director for Demographic Programs
**Bryant Benton,** Associate Director for Field Operations
**Bryant Benton,** Acting Associate Director for Management Services
**Peter A. Bounpane,** Assistant Director for Decennial Census

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.

JOBNAME: No Job Name PAGE: 1 SESS: 14 OUTPUT: Wed Apr 22 13:04:57 1992 / node2/ F main F / 90dec/ allexcph23/ st/ con

# CONTENTS

| | Page |
|---|---|
| List of Statistical Tables | iv |
| How to Use This Census Report | I–1 |
| Table Finding Guide | II–1 |
| User Notes | III–1 |
| Statistical Tables (For detailed list of statistical tables, see page iv.) | 1 |
| APPENDIXES | |
| A. Area Classifications | A–1 |
| B. Definitions of Subject Characteristics | B–1 |
| C. Accuracy of the Data | C–1 |
| D. Collection and Processing Procedures | D–1 |
| E. Facsimiles of Respondent Instructions and Questionnaire Pages | E–1 |
| F. Data Products and User Assistance | F–1 |
| G. Maps | G–1 |

# LIST OF STATISTICAL TABLES

[An asterisk (*) indicates that the table was omitted because there were no qualifying geographic area(s) or population group(s)]


| Table | | Page |
|---|---|---|
| 1. | **Summary of General Characteristics of Persons: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 1 |
| 2. | **Summary of General Characteristics of Households and Families: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 5 |
| 3. | **Race and Hispanic Origin: 1990**<br>State<br>Urban and Rural and Size of Place | 9 |
| 4. | **Race and Hispanic Origin: 1990**<br>State<br>Inside and Outside Metropolitan Area | 10 |
| 5. | **Race and Hispanic Origin: 1990**<br>County | 11 |
| 6. | **Race and Hispanic Origin: 1990**<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 19 |
| 7. | **Summary of General Characteristics of White Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 38 |
| 8. | **Summary of General Characteristics of Black Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 42 |
| 9. | **Summary of General Characteristics of American Indian, Eskimo, or Aleut Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 45 |
| 10. | **Summary of General Characteristics of Asian or Pacific Islander Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 46 |
| 11. | **Summary of General Characteristics of Hispanic Origin Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 47 |
| 12. | **Summary of General Characteristics of White, Not of Hispanic Origin Persons and Households: 1990**<br>State<br>Urban and Rural and Size of Place<br>Inside and Outside Metropolitan Area<br>County<br>Place and [In Selected States] County Subdivision [1,000 or More Persons] | 48 |
| 13. | **Race and Hispanic Origin for American Indian and Alaska Native Areas: 1990**<br>American Indian Area | * |
| 14. | **Summary of General Characteristics of American Indian, Eskimo, or Aleut Persons for American Indian and Alaska Native Areas: 1990**<br>American Indian Area | * |




TIPSII [UPF] GP105 CENSUS90 72583600 05/ 01/ 92 9:10 PM MACHINE: C DATA:NONE TAPE: NONE FRAME: 1
TSF:CENSUS90*92. 04/ 24/ 92 22:57:03 UTF:CENSUS90*93. 04/ 24/ 92 22:57:03 META:CENSUS90*P1TOCB05. 04/ 24/ 92 22:57:19

| Table | | Page |
|---|---|---|
| 15. | **Summary of General Characteristics of American Indian, Eskimo, or Aleut Households and Families for American Indian and Alaska Native Areas: 1990**<br>American Indian Area | * |
| 16. | **Single Years of Age by Sex, Race, and Hispanic Origin: 1990**<br>State | 53 |
| 17. | **Age and Sex: 1990**<br>State<br>Urban and Rural and Size of Place | 55 |
| 18. | **Age and Sex: 1990**<br>State<br>Inside and Outside Metropolitan Area | 57 |
| 19. | **Age and Sex by Race and Hispanic Origin: 1990**<br>State | 59 |
| 20. | **Age and Sex of White Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 61 |
| 21. | **Age and Sex of Black Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 62 |
| 22. | **Age and Sex of American Indian, Eskimo, or Aleut Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 63 |
| 23. | **Age and Sex of Asian or Pacific Islander Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 64 |
| 24. | **Age and Sex of Hispanic Origin Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 65 |
| 25. | **Age and Sex of White, Not of Hispanic Origin Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 66 |
| 26. | **Age and Sex for Selected Racial Groups: 1990**<br>State | 67 |
| 27. | **Age and Sex by Type of Hispanic Origin: 1990**<br>State | 69 |
| 28. | **Age and Sex for Race by Hispanic Origin: 1990**<br>State | 70 |
| 29. | **Persons in Households and in Group Quarters by Age, Sex, Race, and Hispanic Origin: 1990**<br>State | 71 |
| 30. | **Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 74 |
| 31. | **White Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 75 |
| 32. | **Black Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 76 |
| 33. | **American Indian, Eskimo, or Aleut Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 77 |
| 34. | **Asian or Pacific Islander Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 78 |
| 35. | **Hispanic Origin Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 79 |
| 36. | **White, Not of Hispanic Origin Persons in Households by Relationship to Householder, Age, and Sex: 1990**<br>State | 80 |
| 37. | **Persons 15 Years and Over by Marital Status, Age, Sex, Race, and Hispanic Origin: 1990**<br>State | 81 |
| 38. | **Persons in Group Quarters by Type of Group Quarters, Sex, Race, and Hispanic Origin: 1990**<br>State | 84 |
| 39. | **Household and Family Characteristics: 1990**<br>State<br>Urban and Rural and Size of Place | 85 |



TIPSII [UPF] GP105 CENSUS90 72583600 05/01/92 9:10 PM MACHINE: C DATA:NONE TAPE: NONE FRAME: 2
TSF:CENSUS90*92. 04/24/92 22:57:03 UTF:CENSUS90*93. 04/24/92 22:57:03 META:CENSUS90*P1TOCB05. 04/24/92 22:57:19

| Table | | Page |
|---|---|---|
| 40. | **Household and Family Characteristics for Selected Age Groups: 1990**<br>State<br>Urban and Rural and Size of Place | 86 |
| 41. | **Household and Family Characteristics: 1990**<br>State<br>Inside and Outside Metropolitan Area | 87 |
| 42. | **Household and Family Characteristics for Selected Age Groups: 1990**<br>State<br>Inside and Outside Metropolitan Area | 88 |
| 43. | **Household and Family Characteristics by Race and Hispanic Origin: 1990**<br>State | 89 |
| 44. | **Household and Family Characteristics for Selected Age Groups by Race and Hispanic Origin: 1990**<br>State | 90 |
| 45. | **Household and Family Characteristics of White Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 91 |
| 46. | **Household and Family Characteristics of Black Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 92 |
| 47. | **Household and Family Characteristics of American Indian, Eskimo, or Aleut Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 93 |
| 48. | **Household and Family Characteristics of Asian or Pacific Islander Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 94 |
| 49. | **Household and Family Characteristics of Hispanic Origin Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 95 |
| 50. | **Household and Family Characteristics of White, Not of Hispanic Origin Persons: 1990**<br>State<br>Urban and Rural<br>Inside and Outside Metropolitan Area | 96 |
| 51. | **Household and Family Characteristics for Selected Racial Groups: 1990**<br>State | 97 |
| 52. | **Household and Family Characteristics by Type of Hispanic Origin: 1990**<br>State | 99 |
| 53. | **Household and Family Characteristics for Race by Hispanic Origin: 1990**<br>State | 100 |
| 54. | **Age and Sex by Race and Hispanic Origin: 1990**<br>County | 101 |
| 55. | **Age and Sex for Selected Racial Groups: 1990**<br>County | 123 |
| 56. | **Age and Sex by Type of Hispanic Origin: 1990**<br>County | 125 |
| 57. | **Household and Family Characteristics by Race and Hispanic Origin: 1990**<br>County | 126 |
| 58. | **Household and Family Characteristics for Selected Age Groups by Race and Hispanic Origin: 1990**<br>County | 148 |
| 59. | **Household and Family Characteristics for Selected Racial Groups: 1990**<br>County | 170 |
| 60. | **Household and Family Characteristics by Type of Hispanic Origin: 1990**<br>County | 172 |




TIPSII [UPF] GP105 CENSUS90 72583600 05/01/92 9:10 PM MACHINE: C DATA:NONE TAPE: NONE FRAME: 3
TSF:CENSUS90*92. 04/24/92 22:57:03 UTF:CENSUS90*93. 04/24/92 22:57:03 META:CENSUS90*P1TOCB05. 04/24/92 22:57:19

| Table | | Page |
|---|---|---|
| 61. | **Age and Sex by Race and Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 173 |
| 62. | **Age and Sex for Selected Racial Groups: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 185 |
| 63. | **Age and Sex by Type of Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 186 |
| 64. | **Household and Family Characteristics by Race and Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 187 |
| 65. | **Household and Family Characteristics for Selected Age Groups by Race and Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 199 |
| 66. | **Household and Family Characteristics for Selected Racial Groups: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 211 |
| 67. | **Household and Family Characteristics by Type of Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [10,000 or More Persons] | 212 |
| 68. | **Age and Sex by Race and Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 213 |
| 69. | **Age and Sex for Selected Racial Groups: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 230 |
| 70. | **Age and Sex by Type of Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 231 |
| 71. | **Household and Family Characteristics by Race and Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 232 |
| 72. | **Household and Family Characteristics for Selected Racial Groups: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 249 |
| 73. | **Household and Family Characteristics by Type of Hispanic Origin: 1990**<br>Place and [In Selected States]<br>County Subdivision [2,500 to 9,999 Persons] | 250 |
| 74. | **Age and Sex: 1990**<br>Place and [In Selected States]<br>County Subdivision [1,000 to 2,499 Persons] | 251 |
| 75. | **Household and Family Characteristics: 1990**<br>Place and [In Selected States]<br>County Subdivision [1,000 to 2,499 Persons] | 252 |
| 76. | **General Characteristics of Persons, Households, and Families: 1990**<br>County<br>County Subdivision | 253 |
| 77. | **Race, Hispanic Origin, Age, and Sex, for the Rural Portions of Counties: 1990**<br>County | 269 |
| 78. | **Household and Family Characteristics for the Rural Portions of Counties: 1990**<br>County | 277 |
| 79. | **Race, Hispanic Origin, Age, and Sex of Persons in Households: 1990**<br>State<br>County<br>Place and [In Selected States]<br>County Subdivision [1,000 or More Persons] | 285 |




TIPSII [UPF] GP105 CENSUS90 72583600 05/01/92 9:10 PM MACHINE: C DATA:NONE TAPE: NONE FRAME: 4
TSF:CENSUS90*92. 04/24/92 22:57:03 UTF:CENSUS90*93. 04/24/92 22:57:03 META:CENSUS90*P1TOCB05. 04/24/92 22:57:19

| Table | | Page |
|---|---|---|
| 80. | **Age and Sex of American Indian, Eskimo, or Aleut Persons for American Indian and Alaska Native Areas: 1990** | * |
| | American Indian Area | |
| 81. | **Household and Family Characteristics of American Indian, Eskimo, or Aleut Persons for American Indian and Alaska Native Areas: 1990** | * |
| | American Indian Area | |
| 82. | **Characteristics of Persons Before and After Allocation and Substitution: 1990** | 289 |
| | State | |
| 83. | **Allocation and Substitution: 1990** | 290 |
| | State | |
| | Urban and Rural and Size of Place | |
| | Inside and Outside Metropolitan Area | |
| | County | |
| | Place and [In Selected States] County Subdivision [1,000 or More Persons] | |



TIPSII [UPF] GP105 CENSUS90 72583600 05/ 01/ 92 9:10 PM MACHINE: C DATA:NONE TAPE: NONE FRAME: 5
TSF:CENSUS90*92. 04/ 24/ 92 22:57:03 UTF:CENSUS90*93. 04/ 24/ 92 22:57:03 META:CENSUS90*P1TOCB05. 04/ 24/ 92 22:57:19

Table 5. **Race and Hispanic Origin: 1990**—Con.

[For definitions of terms and meanings of symbols, see text]

| County | Prairie County | Pulaski County | Randolph County | St. Francis County | Saline County | Scott County | Searcy County | Sebastian County | Sevier County |
|---|---|---|---|---|---|---|---|---|---|
| **RACE** | | | | | | | | | |
| **All persons** | **9 518** | **349 660** | **16 558** | **28 497** | **64 183** | **10 205** | **7 841** | **99 590** | **13 637** |
| White | 8 170 | 252 554 | 16 322 | 14 722 | 62 215 | 10 035 | 7 750 | 88 719 | 12 081 |
| Black | 1 294 | 92 200 | 146 | 13 521 | 1 348 | 1 | 2 | 5 666 | 787 |
| American Indian, Eskimo, or Aleut | 38 | 1 163 | 52 | 47 | 285 | 106 | 66 | 1 396 | 222 |
| American Indian | 38 | 1 135 | 52 | 46 | 275 | 106 | 66 | 1 389 | 222 |
| Eskimo | – | 23 | – | 1 | 1 | – | – | 2 | – |
| Aleut | – | 5 | – | – | 9 | – | – | 5 | – |
| Asian or Pacific Islander | 4 | 2 762 | 19 | 116 | 245 | 51 | 15 | 3 291 | 16 |
| Asian | 4 | 2 675 | 19 | 115 | 238 | 51 | 15 | 3 259 | 15 |
| Chinese | 1 | 450 | 4 | 52 | 26 | – | 1 | 124 | 2 |
| Filipino | – | 674 | 3 | 4 | 19 | 8 | 6 | 118 | 5 |
| Japanese | 1 | 259 | 2 | 39 | 28 | 2 | 3 | 63 | 3 |
| Asian Indian | – | 416 | 6 | 11 | 28 | 4 | 4 | 103 | 5 |
| Korean | 2 | 272 | 4 | 3 | 42 | – | – | 51 | – |
| Vietnamese | – | 243 | – | 2 | 16 | – | – | 1 249 | – |
| Cambodian | – | 13 | – | – | – | – | – | 1 | – |
| Hmong | – | 7 | – | – | 10 | – | – | 4 | – |
| Laotian | – | 80 | – | – | 51 | 33 | – | 1 382 | – |
| Thai | – | 105 | – | 2 | 3 | – | 1 | 17 | – |
| Other Asian | – | 156 | – | 2 | 15 | 4 | – | 147 | – |
| Bangladeshi | – | 6 | – | – | – | – | – | – | – |
| Burmese | – | – | – | – | – | – | – | – | – |
| Indonesian | – | 5 | – | 1 | – | – | – | 5 | – |
| Malayan | – | 6 | – | – | – | – | – | 5 | – |
| Okinawan | – | 2 | – | – | 1 | – | – | 5 | – |
| Pakistani | – | 11 | – | – | – | 2 | – | 15 | – |
| Sri Lankan | – | 3 | – | – | – | – | – | – | – |
| All other Asian | – | 123 | – | 1 | 14 | 2 | – | 117 | – |
| Pacific Islander | – | 87 | – | 1 | 7 | – | – | 32 | 1 |
| Hawaiian | – | 49 | – | – | 5 | – | – | 7 | 1 |
| Samoan | – | 16 | – | 1 | 2 | – | – | – | – |
| Guamanian | – | 16 | – | – | – | – | – | 20 | – |
| Other Pacific Islander | – | 6 | – | – | – | – | – | 5 | – |
| Tongan | – | 1 | – | – | – | – | – | – | – |
| Tahitian | – | 2 | – | – | – | – | – | – | – |
| Northern Mariana Islander | – | – | – | – | – | – | – | – | – |
| Palauan | – | – | – | – | – | – | – | – | – |
| Fijian | – | – | – | – | – | – | – | – | – |
| All other Pacific Islander | – | 3 | – | – | – | – | – | 5 | – |
| Other race | 12 | 981 | 19 | 91 | 90 | 12 | 8 | 518 | 531 |
| **HISPANIC ORIGIN** | | | | | | | | | |
| **All persons** | **9 518** | **349 660** | **16 558** | **28 497** | **64 183** | **10 205** | **7 841** | **99 590** | **13 637** |
| Hispanic origin (of any race) | 38 | 3 199 | 75 | 202 | 378 | 42 | 32 | 1 362 | 632 |
| Mexican | 33 | 1 690 | 38 | 161 | 235 | 21 | 23 | 792 | 582 |
| Puerto Rican | – | 312 | 2 | 5 | 28 | 2 | 1 | 91 | 1 |
| Cuban | – | 109 | – | 1 | 4 | 2 | – | 100 | 7 |
| Other Hispanic | 5 | 1 088 | 35 | 35 | 111 | 17 | 8 | 379 | 42 |
| Not of Hispanic origin | 9 480 | 346 461 | 16 483 | 28 295 | 63 805 | 10 163 | 7 809 | 98 228 | 13 005 |
| **RACE AND HISPANIC ORIGIN** | | | | | | | | | |
| **All persons** | **9 518** | **349 660** | **16 558** | **28 497** | **64 183** | **10 205** | **7 841** | **99 590** | **13 637** |
| White | 8 170 | 252 554 | 16 322 | 14 722 | 62 215 | 10 035 | 7 750 | 88 719 | 12 081 |
| Hispanic origin | 19 | 2 005 | 57 | 71 | 278 | 32 | 24 | 730 | 82 |
| Not of Hispanic origin | 8 151 | 250 549 | 16 265 | 14 651 | 61 937 | 10 003 | 7 726 | 87 989 | 11 999 |
| Black | 1 294 | 92 200 | 146 | 13 521 | 1 348 | 1 | 2 | 5 666 | 787 |
| Hispanic origin | – | 224 | 1 | 41 | 2 | – | – | 49 | 3 |
| Not of Hispanic origin | 1 294 | 91 976 | 145 | 13 480 | 1 346 | 1 | 2 | 5 617 | 784 |
| American Indian, Eskimo, or Aleut | 38 | 1 163 | 52 | 47 | 285 | 106 | 66 | 1 396 | 222 |
| Hispanic origin | 8 | 35 | 2 | – | 15 | – | – | 32 | 20 |
| Not of Hispanic origin | 30 | 1 128 | 50 | 47 | 270 | 106 | 66 | 1 364 | 202 |
| Asian or Pacific Islander | 4 | 2 762 | 19 | 116 | 245 | 51 | 15 | 3 291 | 16 |
| Hispanic origin | – | 70 | – | 5 | 6 | 2 | – | 75 | – |
| Not of Hispanic origin | 4 | 2 692 | 19 | 111 | 239 | 49 | 15 | 3 216 | 16 |
| Other race | 12 | 981 | 19 | 91 | 90 | 12 | 8 | 518 | 531 |
| Hispanic origin | 11 | 865 | 15 | 85 | 77 | 8 | 8 | 476 | 527 |
| Not of Hispanic origin | 1 | 116 | 4 | 6 | 13 | 4 | – | 42 | 4 |
| **PERCENT DISTRIBUTION BY RACE** | | | | | | | | | |
| **All persons** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** |
| White | 85.8 | 72.2 | 98.6 | 51.7 | 96.9 | 98.3 | 98.8 | 89.1 | 88.6 |
| Black | 13.6 | 26.4 | .9 | 47.4 | 2.1 | – | – | 5.7 | 5.8 |
| American Indian, Eskimo, or Aleut | .4 | .3 | .3 | .2 | .4 | 1.0 | .8 | 1.4 | 1.6 |
| American Indian | .4 | .3 | .3 | .2 | .4 | 1.0 | .8 | 1.4 | 1.6 |
| Asian or Pacific Islander | – | .8 | .1 | .4 | .4 | .5 | .2 | 3.3 | .1 |
| Asian | – | .8 | .1 | .4 | .4 | .5 | .2 | 3.3 | .1 |
| Pacific Islander | – | – | – | – | – | – | – | – | – |
| Other race | .1 | .3 | .1 | .3 | .1 | .1 | .1 | .5 | 3.9 |
| **PERCENT DISTRIBUTION BY HISPANIC ORIGIN** | | | | | | | | | |
| **All persons** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** |
| Hispanic origin (of any race) | .4 | .9 | .5 | .7 | .6 | .4 | .4 | 1.4 | 4.6 |
| Mexican | .3 | .5 | .2 | .6 | .4 | .2 | .3 | .8 | 4.3 |
| Puerto Rican | – | .1 | – | – | – | – | – | .1 | – |
| Cuban | – | – | – | – | – | – | – | .1 | .1 |
| Other Hispanic | .1 | .3 | .2 | .1 | .2 | .2 | .1 | .4 | .3 |
| Not of Hispanic origin | 99.6 | 99.1 | 99.5 | 99.3 | 99.4 | 99.6 | 99.6 | 98.6 | 95.4 |
| **PERCENT WHITE, NOT OF HISPANIC ORIGIN** | | | | | | | | | |
| **All persons** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** | **100.0** |
| White | 85.8 | 72.2 | 98.6 | 51.7 | 96.9 | 98.3 | 98.8 | 89.1 | 88.6 |
| Not of Hispanic origin | 85.6 | 71.7 | 98.2 | 51.4 | 96.5 | 98.0 | 98.5 | 88.4 | 88.0 |



TIPSII [UPF] GP105 CENSUS90 72583600 05/01/92 9:02 PM MACHINE: C DATA:CENSUS90*P1TIPSDA05. 04/24/92 22:20:52 TAPE: NONE FRAME: 17
TSF:CENSUS90*92. 04/24/92 22:21:57 UTF:CENSUS90*93. 04/24/92 22:21:57 META:CENSUS90*P1TABLES05. 04/24/92 22:35:39