# United States District Court
# Eastern District of Arkansas
# Pine Bluff Division

| | |
|---|---|
| Eugene Hunt, et al.,<br>*Plaintiffs*,<br>v.<br>State of Arkansas, et al.,<br>*Defendants*. | Civil Action No. 5:89-cv-406 |

# Exhibit 3


N
Warren
Dist 10.1
Dist 10.2
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Dist 2.2
West Memphis
Dist 2.1
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Marion
Dist 2.1
Dist 2.2
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Dist 2.1
Dist 2.2
Osceola
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Blytheville
Dist 2.2
Dist 2.1
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Little Rock
Dist 6.2
Dist 6.1
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Dist 6.1
Dist 23
15
Tucker
Wright
Dist 11W.2
Sherrill
Dist 11W.1
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Dist 11W.1
Pine Bluff
Dist 11W.2
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Dist 11W.2
Dist 10.2
Dist 10.1
Dumas
Pickens
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W


N
Crossett
Dist 10.1
Dist 10.2
BLOCKS_TIGER_2000
CIRCUIT_COURT
CIRCUIT_COURT
1.1
1.2
2.1
2.2
6.1
6.2
08N
08S
09E
09W
10.1
10.2
11E
11W.1
11W.2
18E
18W
19E
19W