# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EUGENE HUNT, et al.,

*Plaintiffs*,

v.

STATE OF ARKANSAS, et al.,

*Defendants*.

Civil Action No. 5:89-cv-406

# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| EUGENE HUNT, et al.,<br>*Plaintiffs*,<br>v.<br>STATE OF ARKANSAS, et al.,<br>*Defendants*. | Civil Action No. 5:89-cv-406 |

**DECLARATION OF SHELBY JOHNSON**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Director of the Geographic Information Systems Office, which is within the Arkansas Department of Shared Administrative Services, and have served in that role since 1999.

2. I have over thirty years of Geographic Information Systems (GIS) experience and previously worked as a research specialist at the Center for Advanced Spatial Technologies at the University of Arkansas.

3. The GIS Office coordinates the development, maintenance, and publication of geographic information across Arkansas.

4. The Office maintains the authoritative maps of cities' municipal boundaries, election precincts, and school districts and reports them to the U.S. Census Bureau.

5. The Office maintains municipal boundaries; election precincts; school districts; section, township, and range locations; land survey plats; and state-certified corners.

6. The Office also maintains the boundaries for the circuit court districts in Arkansas.

7. The Office publishes data depicting the current circuit court district boundaries to its website.

8. To the best of my recollection, the dataset depicting the current circuit court district boundaries was published prior to 2014, and the Office has not altered or changed the dataset since 2014.

9. I was able to verify that the dataset has not been changed by comparing the current circuit court district boundary lines to an overlay of the 2000 Census file and confirming that they aligned.

10. I created Exhibit 3 by rendering the current circuit court districts into various color shades with a thick black outline. The 2000 Census blocks were then overlaid as white lines. I specifically looked at communities where the circuit court districts are split into subdistricts.

11. The maps in Exhibit 3 show that the 2000 Census blocks in white are perfectly overlaying the thick black outline of the current circuit court district boundaries.

12. This demonstrates that the current circuit court district boundaries are based on the 2000 Census map and illustrates that the boundaries have not been changed to align with subsequent census maps.

I declare under penalty of perjury that the foregoing is true and correct.

Shelby D Johnson
Shelby D Johnson (Nov 4, 2026 15:40:36 CST)
Shelby Johnson

04/11/2026
Date

Little Rock, Arkansas
City and State