**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| EUGENE HUNT, et al.,<br>Plaintiffs,<br><br>v.<br><br>STATE OF ARKANSAS, et al.,<br><br>Defendants. | Case No. 5:89-CV-00406-JMM |

**JOINT MOTION FOR PARTIAL STIPULATED DISMISSAL OF BENNIE O'NEIL, REGINALD ROBERTSON, BISHOP BURRIS, REOLA HANCOCK AND EVANGELINE K. BROWN AS PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all current and former parties to this action (the "Parties") hereby stipulate to the dismissal of Plaintiff Bennie O'Neil as a Plaintiff in this matter. Plaintiffs Reginald Robertson, Evangeline K. Brown, Reola Hancock and Bishop L. Burris are deceased. The Christian Ministerial Alliance, Eugene Hunt, and Olly Neal remain as Plaintiffs in this action.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Kathryn Sadasivan*
Kathryn Sadasivan*
Justyce Yuille*
NAACP LEGAL DEFENSE
& EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

*/s/Skylar Burton*
TIM GRIFFIN
Arkansas Attorney General

AUTUMN HAMIT PATTERSON
Solicitor General

Phone: (212) 217-1672
Fax: (212) 226-7592
ksadasivan@naacpldf.org
jyuille@naacpldf.org

Arkie Byrd
MAYS, BYRD &
ASSOCIATES, PA.
212 Center Street
Suite 700
Little Rock, AR 72201
Phone: (501) 372-6303
Fax: (501) 399-9280
abyrd@maysbyrdlaw.com

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

SKYLAR BURTON
Assistant Solicitor General

OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
skylar.burton@arkansasag.gov
autumn.patterson@arkansasag.gov

*Counsel for State Defendants*